THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ADOLPH PFEIFFER, Appellant.— Judgment of conviction of the County Court of Kings county affirmed by default. Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FIVE PINT BOTTLES OF WHISKY etc., Seized from LOUIS WEISS, Appellant.— Order of the County Court of Queens county reversed on the law and the facts, upon the ground that there was an unreasonable delay in the issuance of the notice required by statute* (*People* v. *Diamond*, 233 N. Y. 130), and motion granted. Rich, Jaycox and Manning, JJ., concur; Kelly, P. J., and Kelby, J., dissent upon the ground that upon the record in this case this court should not interfere with the finding of the county judge that the delay in issuing the notice was not unreasonable. Settle order on notice before Mr. Justice Jaycox.

THE PEOPLE OF THE STATE OF NEW YORK, on Complaint of WILLIAM J. HURLEY, Respondent, v. ANTHONY PANEPINTO, Appellant.— Judgment of conviction of the defendant by the city magistrate, acting as a Court of Special Sessions, of driving a motor vehicle while in an intoxicated condition, and committing the defendant to the workhouse for a period of three months, reversed on the law and the facts, and defendant discharged, on the ground that he was not shown to be guilty beyond a reasonable doubt as required by law. The order of the court revoking defendant's license is also reversed, and the same restored to the defendant. Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

In the Matter of the Application of ROSEVALE REALTY COMPANY, INC., Appellant, for a Peremptory Mandamus Order against ALBERT E. KLEINERT, as Superintendent of the Bureau of Buildings, etc., Respondent.— Order denying motion for mandamus order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Manning, Kelby, Young and Kapper, JJ., concur.

THE RIESER COMPANY, INC., Respondent, v. AGRICULTURAL INSURANCE COMPANY OF WATERTOWN, NEW YORK, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

ABRAHAM J. RIVLIN and Others, Respondents, v. CHARLES BRYMER and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. We think this controversy should be determined by a trial. Kelly, P. J., Manning, Kelby, Young and Kapper, JJ., concur.

ROYAL SILK UNDERWEAR MANUFACTURING COMPANY, INC., Appellant, v. UNITED STATES FIDELITY AND GUARANTY COMPANY, Respondent.— Order reversed on the law, without costs, and motion granted, without costs, as to items 1 and 3 to 7 inclusive of the notice to take deposition; but as to item 2 of the notice to take deposition, motion denied, and examination limited to the defense of fraud presented by the 9th paragraph of the answer to the amended complaint. (*Oshinsky* v. *Gumberg*, 188 App. Div. 23, 25.) Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

* See Code Crim. Proc. § 802-b, as added by Laws of 1921, chap. 156, known as the State Prohibition Enforcement Act. See, also, footnote, *ante*, p. 648.— [REP.